# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIAM WAYNE LEE, JR.

NO. 2022 KW 0741

**SEPTEMBER 26, 2022**

---

In Re:    State of Louisiana, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 370,993.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** The instant writ application was hand delivered to this court. However, the writ application does not include a notarized Affidavit verifying the allegations of the application and certifying that a copy has been delivered to the respondent judge, to opposing counsel, and to the District Attorney. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(A). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing item noted above, and a copy of this ruling.

> **MRT**
> **WRC**
> **CHH**

COURT OF APPEAL, FIRST CIRCUIT

*a.Snൡ*

---
DEPUTY CLERK OF COURT
      FOR THE COURT